CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARISSA MINISCALCO, et al. | ) | |
| | ) | |
| Plaintiff | ) | Civil Case Number 07-1254 (JDB) |
| | ) | |
| v. | ) | Category    B |
| ELI LILLY & CO. | ) | |
| | ) | |
| Defendant | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>August 2, 2007</u> from <u>Judge Ricardo M. Urbina</u> to <u>Judge John D. Bates</u> by direction of the Calendar Committee.

(Reassigned as related to 07-1198)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Urbina</u> & Courtroom Deputy
      <u>Judge Bates</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk