THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
**MARISA MINISCALCO and**         \*
**ANTHONY MINISCALCO,**           \*
                                  \*
          **Plaintiffs,**    \*
                                  \*  **CIVIL ACTION NO. 07-CV-01254-JDB**
          **vs.**           \*
                                  \*
**ELI LILLY AND COMPANY,**        \*
                                  \*
          **Defendant**.    \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT ELI LILLY AND COMPANY'S
MOTION TO DISMISS WITH PREJUDICE**

Defendant, Eli Lilly and Company, hereby moves this Court to dismiss this case in its entirety. The dismissal in this case will not effect *Miniscalco, et al. v. Eli Lilly and Company*, Civil Action No. 07-CV-01198-JDB which will proceed as instructed by the Honorable John D. Bates. Lilly in further support of its motion states the following:

1. This case was initially filed in the Superior Court of the District of Columbia.

2. On or about July 2, 2007, counsel for Lilly from Shook, Hardy & Bacon LLP removed the case to the U.S. District Court for the District of Columbia. The clerk's office assigned the case number 07-CV-01198.

3. Subsequently, counsel for Lilly from Foley Hoag LLP also filed a notice to the remove the same case to the U.S. District Court for District of Columbia. The clerk's office assigned the case number as captioned above. Counsel for Lilly from the separate firms were unaware of each other's actions. Lilly apologizes to the Court for this confusion.

4.	Accordingly, there are currently two cases pending in federal court that sprung from the same case from the Superior Court of the District of Columbia.

5.	An initial scheduling conference was held before the Honorable John D. Bates on August 15, 2007.  At that time, Judge Bates requested that Lilly file a stipulation of dismissal with regard to the instant case number with the understanding that the dismissal would not effect the pendency of the other federal court case (07-CV-01198) which will proceed.

6.	Counsel for Plaintiff and Lilly corresponded following the conference in order to establish the best method of accomplishing the dismissal.  While Lilly initially wanted to file a Stipulation of Dismissal pursuant to what Judge Bates had requested, Plaintiff was concerned about the effect of such a dismissal pursuant to Fed. R. Civ. Pr. 41(a)(1).  Accordingly, Lilly agreed to file a Motion to Dismiss in which it would request that this Court issue an order dismissing this case.

7.	Lilly believes that Plaintiff does not oppose the motion to dismiss.  However, Lilly and Plaintiff do not agree with respect to whether the dismissal should be with or without prejudice.

8.	This case will proceed and Plaintiff will have an opportunity to litigate her claims but it will simply be under a different case number.  Lilly does not understand why there would be a need for Plaintiff to resurrect the above-captioned case number.  Accordingly, Lilly requests that this dismissal be with prejudice.

WHEREFORE, Lilly respectfully requests that this Court issue an Order dismissing this case with prejudice.

Respectfully submitted,

FOLEY HOAG LLP


/s/ James J. Dillon
James J. Dillon, D.C. Bar # 485593
Foley Hoag LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600
(617) 832-1000

**CERTIFICATE OF SERVICE**

        I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 15th day of August, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

        /s/ James J. Dillon
        **ATTORNEY FOR DEFENDANT**
        **ELI LILLY AND COMPANY**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| **MARISA MINISCALCO and** <br> **ANTHONY MINISCALCO,** <br><br> Plaintiffs, <br><br> vs. <br><br> **ELI LILLY AND COMPANY,** <br><br> Defendant. | CIVIL ACTION NO. 07-CV-1198-JDB |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

WHEREFORE, it is this _____ day of August 2007, ORDERED that Eli Lilly and Company's ("Lilly") Motion to Dismiss is hereby GRANTED; and

ORDERED this case be dismissed with prejudice.

_____
Judge John D. Bates

cc:   Counsel of record

141707v1